IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COX ENTERPRISES, INC. and COX RADIO, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>HISCOX INSURANCE COMPANY, INC.,<br><br>Defendant. | Docket No. 1:20-cv-0415<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action and all claims asserted therein with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  June 14, 2021         */s/ Dara D. Mann*
                              Petrina A. McDaniel
                              Georgia Bar No. 141301
                              petrina.mcdaniel@squirepb.com
                              Dara D. Mann
                              Georgia Bar No. 469065
                              dara.mann@squirepb.com
                              **SQUIRE PATTON BOGGS (US) LLP**
                              1230 Peachtree Street, NE
                              Suite 1700

Atlanta, Georgia 30309
Telephone: 678.272.3200
Facsimile: 678.272.3211

Joshua L. Blosveren (admitted *pro hac vice*)
Steven M. Silverberg (admitted *pro hac vice*)
**HOGUET NEWMAN REGAL & KENNEY, LLP**
One Grand Central Place
60 E. 42nd Street
New York, New York 10165
Telephone: 212.689.8808
Facsimile: 212.689.5101

*Attorneys for Plaintiffs Cox Enterprises, Inc. and Cox Radio, Inc.*

and

*/s/ Judy Y. Barrasso*
S. Gardner Culpepper
Georgia Bar No. 2021210
sculpepper@rh-law.com
**ROGERS & HARDIN LLP**
2700 International Tower,
Peachtree Center
229 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: 404.522.4700
Facsimile: 404.525.2224

and

Judy Y. Barrasso (admitted *pro hac vice*)
**BARRASSO USDIN KUPPERMAN**
**FREEMAN & SARVER L.L.C.**
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504.589.9700
Facsimile: 504.589.9701

*Attorneys for Defendant Hiscox*
*Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **Joint Stipulation for Dismissal With Prejudice** to all counsel of record via the Court's CM/ECF system.

This 14th day of June 2021.

>  */s/ Dara D. Mann*
>  Dara D. Mann